1  Dana N. Gwaltney, SBN 209530
   Sara J. Romano, SBN 227467
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, CA 94104
   Telephone:  (415) 544-1900
4  Facsimile:  (415) 391-0281

5  Attorneys for Defendant
   GUIDANT CORPORATION
6

**FILED**

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ALPHONZO ALLEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GUIDANT CORPORATION,<br><br>        Defendant. | Case No. C:05-3042 MHP<br><br>(Related to Case No. C:05-3160 MHP)<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their designated counsel, that the time for Defendant to answer or otherwise respond to the Complaint in this action is hereby extended, pursuant to L.R. 6-1 (a), until October 21, 2005.

| | |
|---|---|
| 1  September 1_, 2005 | ALEXANDER, HAWES & AUDET, L.L.P. |
| 2 | |
| 3 | By: _____ |
| | WILLIAM M. AUDET |
| 4 | JOSEPH RUSSELL |
| | ADEL NADJI |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | ALPHONZO ALLEN |

9/20/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

92431v1

STIPULATION RE EXTENSION OF TIME TO ANSWER
CASE No. C:05-3042 MHP

2

1  September 19, 2005                SHOOK, HARDY & BACON L.L.P.

                                     By: _____
                                         DANA N. GWALTNEY
                                         SARA J. ROMANO

                                     Attorneys for Defendant
                                     GUIDANT CORPORATION